No. 97–7707. YOUNG v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–7708. STOWE v. DALTON, SECRETARY OF THE NAVY. C. A. 9th Cir. Certiorari denied.

No. 97–7710. CHRISTY v. FEDERAL BUREAU OF INVESTIGATION. C. A. D. C. Cir. Certiorari denied.

No. 97–7736. COLLINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–7748. GRIFFIN v. CHARLOTTE MEMORIAL HOSPITAL AND MEDICAL CENTER ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–7770. PATTERSON v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 97–7773. LOGAN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–7792. BREWER v. SOUTHERN PILOT INSURANCE CO., INC. C. A. 5th Cir. Certiorari denied.

No. 97–7798. SNIDER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–7809. HARTSELL ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–7818. SCHERZER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–7823. MANNING v. UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–7824. ANDERSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–7827. BAKER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.